IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONY AKINS                                                                PLAINTIFF

V.                                      NO.  5:10cv00204 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                          DEFENDANT

## ORDER

     Plaintiff has filed an unopposed motion for extension of time (doc. 13) in which to file

his appeal brief.  The motion is granted.  Plaintiff is granted to and including December 9,

2010, in which to file his brief.

     IT IS SO ORDERED this 8th day of November, 2010.


_____
UNITED STATES MAGISTRATE JUDGE