IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONY AKINS                                                                                 PLAINTIFF

V.                          NO.  5:10cv00204 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                           DEFENDANT

<u>ORDER</u>

Plaintiff has filed an unopposed motion for extension of time (doc. 15) in which to file his appeal brief.  The motion is granted.  Plaintiff is granted to and including January 10, 2011, in which to file his brief.

IT IS SO ORDERED this 10th day of December, 2010.


_____
UNITED STATES MAGISTRATE JUDGE