IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONY AKINS                                                                                         PLAINTIFF

V.                                    NO.  5:10-cv-00204 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                DEFENDANT

ORDER

Plaintiff has filed an unopposed motion for extension of time (doc. 17) in which to file his appeal brief.  The motion is granted.  Plaintiff is granted to and including February 10, 2011, in which to file his brief.

IT IS SO ORDERED this 11th day of January, 2011.


_____
UNITED STATES MAGISTRATE JUDGE