IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONY AKINS                                                                    PLAINTIFF

V.                              NO.  5:10-cv-00204 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                       DEFENDANT

ORDER

Plaintiff has filed an unopposed motion for extension of time (doc. 19) in which to file

his appeal brief.  The motion is granted.  Plaintiff is granted to and including March10,

2011, in which to file his brief.

IT IS SO ORDERED this 14th day of February, 2011.


_____
UNITED STATES MAGISTRATE JUDGE