IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TONY AKINS                                                                                          PLAINTIFF

V.                                        NO.  5:10-cv-00204 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## ORDER

Plaintiff has filed an unopposed motion for extension of time (doc. 21) in which to file his appeal brief.  The motion is granted.  Plaintiff is granted to and including April 11, 2011, in which to file his brief.

IT IS SO ORDERED this 17th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE